CR 04-437-BAH

**FILED**
SEP 22, 2016
Clerk, U.S. District and Bankruptcy Courts

Leave to file GRANTED

/s/ Beryl A. Howell

Beryl A. Howell   Date 9/22/2016
Chief Judge
United States District Court

TO: Judge Beryl A. Howell

I Judge Alston Filed For this motion For Speedy Trail or Dismissal of Charges of violation of probation and you Granted 4/4/2016 and it was Filed on 4/6/2016, on June 24, 2015, in the above court a charge of violation of probation was file against me. A warrent or order for my Arrest on said charge. I was sentenced in the united states District Court of D.C on the date of october 31, 2014 to a term of 5 years imprisonment and I'm Now confined in the F.C.I Fort Dix, P.O. Box 2000 Joint Base MDL, NJ 08640

I Left Here and Came Back To D.C in Front of you and Everything was ran Together and you lift my Detainer off of me That day in court. My case number is 04-CR-0037-001 RWR or CR 04-437-01-BAH, See Down Here in F.C.I Fort Dix There saying my Detainer is Still in There systms or computers. So I Need some court Papers saying my Detainer is Lifted off of me. So may I Judge Alston #28804-016 please get them papers, or documents

Thank you...

Judge Alston #28804-016
F.C.I Fort Dix P.O. Box 2000
Joint Base MDL, NJ 08640



RECEIVED
Mail Room
SEP 19 2016
Angela
US District Court D